B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>District of Minnesota | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Roseth, Jeremy Jay** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Roseth, Carrie Lea** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8901** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5758** |
| Street Address of Debtor (No. and Street, City, and State):<br>**11220 Lambert Ct NE**<br>**Hanover, MN**      ZIP Code **55341** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**11220 Lambert Ct NE**<br>**Hanover, MN**      ZIP Code **55341** |
| County of Residence or of the Principal Place of Business:<br>**Wright** | County of Residence or of the Principal Place of Business:<br>**Wright** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7         ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9             of a Foreign Main Proceeding<br>☐ Chapter 11       ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 12           of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts,    ☐ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as        business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                          Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Roseth, Jeremy Jay**<br>**Roseth, Carrie Lea** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Jeffrey H. Butwinick**          **February 19, 2009**<br>Signature of Attorney for Debtor(s)          (Date)<br>**Jeffrey H. Butwinick 0342208** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                     Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Roseth, Jeremy Jay** <br> **Roseth, Carrie Lea** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jeremy Jay Roseth**
Signature of Debtor   **Jeremy Jay Roseth**

X **/s/ Carrie Lea Roseth**
Signature of Joint Debtor **Carrie Lea Roseth**

Telephone Number (If not represented by attorney)

**February 19, 2009**
Date

### Signature of Attorney*

X **/s/ Jeffrey H. Butwinick**
Signature of Attorney for Debtor(s)

**Jeffrey H. Butwinick 0342208**
Printed Name of Attorney for Debtor(s)

**Butwinick Law Office**
Firm Name

**1595 Bohland Avenue**

Address

                    **Email: jeff@butwinicklaw.com**
**651-210-5055  Fax: 651-204-6775**
Telephone Number

**February 19, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
### District of Minnesota

In re   **Jeremy Jay Roseth**
     **Carrie Lea Roseth** _____    Case No. _____
                                          Debtor(s)     Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Jeremy Jay Roseth**
                        **Jeremy Jay Roseth**
Date:   **February 19, 2009**

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## District of Minnesota

In re   **Jeremy Jay Roseth**
**Carrie Lea Roseth** _____   Case No. _____
Debtor(s)   Chapter   **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Carrie Lea Roseth**
                                            **Carrie Lea Roseth**
Date:    **February 19, 2009**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### District of Minnesota

In re **Jeremy Jay Roseth,**
**Carrie Lea Roseth,**

_____ ,
Debtors

Case No. _____

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 4,190,000.00 | | |
| B - Personal Property | Yes | 4 | 16,300.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 10,119,238.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 115,600.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 22 | | 2,014,957.88 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 567.62 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 512.00 |
| Total Number of Sheets of ALL Schedules | | 36 | | | |
| Total Assets | | | 4,206,300.00 | | |
| Total Liabilities | | | | 12,249,795.88 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## District of Minnesota

In re    **Jeremy Jay Roseth,**
         **Carrie Lea Roseth**

Case No. _____

_____ ,

Debtors

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 115,600.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 115,600.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 567.62 |
| Average Expenses (from Schedule J, Line 18) | 512.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 590.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 2,640,000.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 115,600.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 2,014,957.88 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 4,654,957.88 |

B6A (Official Form 6A) (12/07)

.

In re    **Jeremy Jay Roseth,**                                    Case No. _____
         **Carrie Lea Roseth**

_____,
                    Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residence: Primary residence was foreclosed Location: 17688 79th Pl N Maple Grove, MN 55311** | | **H** | **Unknown** | **682,774.00** |
| **Other: Home that I built was foreclosed Location: 5912 Vernon Ave S Edina, MN 55436** | | **H** | **Unknown** | **2,600,000.00** |
| **Other: Office Building.  Have not heard on this foreclosure was done as an SBA loan through M & I Bank Location: 5501 Bass Lake Rd Crystal, MN** | | **H** | **190,000.00** | **200,000.00** |
| **Other: Town home development Foreclosure in process Location: 200 unit devrlopment in Mobtrose, MN The Preserve of Montrose Multiple addresses assigned** | | **H** | **4,000,000.00** | **6,630,000.00** |

|  | Sub-Total > | **4,190,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **4,190,000.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **Jeremy Jay Roseth,**
       **Carrie Lea Roseth**                                                    Case No. _____

_____ ,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Location: 11220 Lambert Ct NE, Hanover MN** | **J** | 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank Account: This is my wifes checking account only** **Location: Associated Bank Maple Grove** | **W** | 200.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **TV, furniture, telephone, DVD, dishes, appliances** **Location: 11220 Lambert Ct NE, Hanover MN** | **J** | 2,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Location: 11220 Lambert Ct NE, Hanover MN** | **H** | 900.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Browning BAR 30-6** **Location: 11220 Lambert Ct NE, Hanover MN** | **J** | 800.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **3,950.00**
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re    **Jeremy Jay Roseth,**                                           Case No. _____
         **Carrie Lea Roseth,**
                                                        ,
                                    Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **2007 Tax Return & Stimulus Payment** **Location: 11220 Lambert Ct NE, Hanover MN** | J | 2,600.00 |
| | | **2008 Tax Return, Estimated** **Location: 11220 Lambert Ct NE, Hanover MN** | J | 2,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >          **4,600.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Jeremy Jay Roseth,**          Case No. _____
       **Carrie Lea Roseth**

                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Auto: 2004 Jeep Liberty 45,000+ miles good condition** Location: 11220 Lambert Ct NE, Hanover MN | W | 7,500.00 |
| | | **Snowmobile Trailer** Location: 11220 Lambert Ct NE, Hanover MN | J | 250.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

                                                   Sub-Total >     **7,750.00**
                                            (Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                  Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Jeremy Jay Roseth,**                                    Case No. _____
         **Carrie Lea Roseth**

_____,
                    Debtors

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **16,300.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re  **Jeremy Jay Roseth,**                                              Case No. _____
        **Carrie Lea Roseth**

                                                        ,
                                      Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $136,875.
■ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand**<br>**Location: 11220 Lambert Ct NE, Hanover MN** | **11 U.S.C. § 522(d)(5)** | **50.00** | **50.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Bank Account: This is my wifes checking account only**<br>**Location: Associated Bank Maple Grove** | **11 U.S.C. § 522(d)(5)** | **200.00** | **200.00** |
| **Household Goods and Furnishings** | | | |
| **TV, furniture, telephone, DVD, dishes, appliances**<br>**Location: 11220 Lambert Ct NE, Hanover MN** | **11 U.S.C. § 522(d)(3)** | **2,000.00** | **2,000.00** |
| **Wearing Apparel**<br>**Location: 11220 Lambert Ct NE, Hanover MN** | **11 U.S.C. § 522(d)(5)** | **900.00** | **900.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Browning BAR 30-6**<br>**Location: 11220 Lambert Ct NE, Hanover MN** | **11 U.S.C. § 522(d)(5)** | **800.00** | **800.00** |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **2007 Tax Return & Stimulus Payment**<br>**Location: 11220 Lambert Ct NE, Hanover MN** | **11 U.S.C. § 522(d)(5)** | **2,600.00** | **2,600.00** |
| **2008 Tax Return, Estimated**<br>**Location: 11220 Lambert Ct NE, Hanover MN** | **11 U.S.C. § 522(d)(5)** | **2,000.00** | **2,000.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **Auto: 2004 Jeep Liberty 45,000+ miles good condition**<br>**Location: 11220 Lambert Ct NE, Hanover MN** | **11 U.S.C. § 522(d)(2)** | **3,000.00** | **7,500.00** |
| **Snowmobile Trailer**<br>**Location: 11220 Lambert Ct NE, Hanover MN** | **11 U.S.C. § 522(d)(2)** | **250.00** | **500.00** |

|  | Total: | **11,800.00** | **16,550.00** |
|---|---|---|---|

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Jeremy Jay Roseth,**
    **Carrie Lea Roseth,**

                  Debtors

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx0794 <br><br> **American Home Mtg Srv** <br> **Attn: Bankruptcy** <br> **4600 Regent Blvd** <br> **Irving, TX 75063** | | H | Opened 4/01/06 Last Active 3/01/07 <br><br> **Other: Home that I built was foreclosed** <br> **Location: 5912 Vernon Ave S Edina, MN 55436** <br><br> Value $         **Unknown** | | | | 2,340,000.00 | Unknown |
| Account No. xxxxx5841 <br><br> **Harris N.a.** <br> **111 W Monroe St** <br> **Chicago, IL 60690** | | J | Opened 12/01/04 Last Active 12/18/08 <br><br> **Auto: 2004 Jeep Liberty 45,000+ miles good condition** <br> **Location: 11220 Lambert Ct NE, Hanover MN** <br><br> Value $         **7,500.00** | | | | 6,464.00 | 0.00 |
| Account No. xx7729 <br><br> **Lakeland Construction Finance** <br> **7830 Main Street #210** <br> **Maple Grove, MN 55369** | | J | **2006** <br> **Mortgage** <br> **Other: Town home development** <br> **Foreclosure in process** <br> **Location: 200 unit devrlopment in Mobtrose, MN** <br> **The Preserve of Montrose** <br> **Multiple addresses assigned** <br> Value $         **4,000,000.00** | | | | 6,630,000.00 | 2,630,000.00 |
| Account No. xxx1372 <br><br> **LTD Financial Services (EMC Mortgage)** <br> **7322 Southwest Freeway #1600** <br> **Houston, TX 77074** | | J | **2007** <br><br> **Residence: Primary residence was foreclosed** <br> **Location: 17688 79th Pl N Maple Grove, MN 55311** <br><br> Value $         **Unknown** | | | | 185,000.00 | Unknown |

  **1**   continuation sheets attached

Subtotal <br> (Total of this page)      9,161,464.00      2,630,000.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6D (Official Form 6D) (12/07) - Cont.

In re   **Jeremy Jay Roseth,**
      **Carrie Lea Roseth**                                      Case No. _____

                                                 Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **(SBA Real Estate & Accounts)** **M & I Bank** **11915 Elm Creek Blvd** **Maple Grove, MN 55369** | J | | | | **2006** **Mortgage** Other: Office Building.  Have not heard on this foreclosure was done as an SBA loan through M & I Bank **Location: 5501 Bass Lake Rd Crystal, MN** | | | | | |
| | | | | | Value $       **190,000.00** | | | | **200,000.00** | **10,000.00** |
| Account No. **xxxxx4850** **Prime Security Bank** **1305 Vierling Drive** **Shakopee, MN 55379** | J | | | | **2007** Other: Home that I built was foreclosed **Location: 5912 Vernon Ave S Edina, MN 55436** | | | | | |
| | | | | | Value $       **Unknown** | | | | **260,000.00** | **Unknown** |
| Account No. **xxxxx7015** **Real Time Resolutions** **1750 Regal Row** **Dallas, TX 75235** | H | | | | **Opened  4/01/06  Last Active 12/01/08** Residence: Primary residence was foreclosed **Location: 17688 79th Pl N Maple Grove, MN 55311** | | | | | |
| | | | | | Value $       **Unknown** | | | | **497,774.00** | **Unknown** |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet  **1** ___ of  **1** ___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **957,774.00** | **10,000.00** |
| Total (Report on Summary of Schedules) | **10,119,238.00** | **2,640,000.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07)

.

In re   **Jeremy Jay Roseth,**                                             Case No. _____
        **Carrie Lea Roseth,**

_____,
                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                   _1_      continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Jeremy Jay Roseth,**
    **Carrie Lea Roseth,**

Case No. _____

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community |  |  | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  | H | W J | C |  |  |  |  |  | AMOUNT ENTITLED TO PRIORITY |
| Account No. **xx-xxx-xx-xx-0057** <br><br>**Hennepin County Treasurer A600 Government Center Minneapolis, MN 55487** |  |  | J |  | 2001-2008 <br><br>**Property Tax Property Tax for 17688 79th Pl N Maple Grove, MN** |  |  |  | 50,000.00 | 0.00 <br><br> 50,000.00 |
| Account No. **CP171** <br><br>**IRS PO Box 9941 Stop 5300 Ogden, UT 84409** |  |  | J |  | 2005-2006 <br><br>**Other Taxes Payroll Tax for Guaranteed Mortgage** |  |  |  | 45,000.00 | 0.00 <br><br> 45,000.00 |
| Account No. **xxx6415** <br><br>**Minnesota Revenue PO Box 64651 St. Paul, MN 55164** |  |  | J |  | 2006 <br><br>**Other Taxes Guaranteed Mortgage Payroll Tax State** |  |  |  | 14,000.00 | 0.00 <br><br> 14,000.00 |
| Account No. **xxx5378** <br><br>**UI Minnesota PO Box 64621 St. Paul, MN 55164** |  |  | J |  | 2007 <br><br>**Other Taxes** |  |  |  | 4,000.00 | 0.00 <br><br> 4,000.00 |
| Account No. **xxx5554** <br><br>**UI Minnesota PO Box 64621 St. Paul, MN 55164** |  |  | J |  | 2006 <br><br>**Other Taxes** |  |  |  | 2,600.00 | 0.00 <br><br> 2,600.00 |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 115,600.00 | 115,600.00 |
| | Total (Report on Summary of Schedules) | 0.00 | |
| | | 115,600.00 | 115,600.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Jeremy Jay Roseth,**
  **Carrie Lea Roseth,**                                                Case No. _____

_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. **REGxxx-0006** <br><br> **ABC** <br> **18800 West 78th Street PO Box 0950** <br> **Chanhassen, MN 55317** | | | J | | **2007** <br> **Mechanic's Lien** | | | | 8,600.00 |
| Account No. **xx6541** <br><br> **ABC** <br> **352 3rd St Excelsior, MN 55331** <br> **Excelsior, MN 55331** | | | J | | **2007** <br> **Mechanic's Lien** | | | | 2,430.00 |
| Account No. **x2595** <br><br> **Allegra** <br> **8455 Xerxes Avenue North** <br> **Brooklyn Park, MN 55444** | | | J | | **2007** <br> **Other Bill** | | | | 163.00 |
| Account No. **xxxxxxxx / xxxxx6430** <br><br> **American Accounts Advisers(Partners / CI** <br> **3904 Cedarvale Drive** <br> **Eagan, MN 55122** | | | J | | **2007** <br> **Medical Bill Mediacal Bill** | | | | 845.00 |
| | | | | | Subtotal <br> (Total of this page) | | | | 12,038.00 |

___21___   continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeremy Jay Roseth,**
       **Carrie Lea Roseth**                                      Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Unknown**  **Babcock Neilson Mannella Klint**  **118 East Main Street**  **Anoka, MN 55303** | | J | | | **2007**  **Judgment Lien Was my attorney defending multiple lawsuits** | | | | **12,000.00** |
| Account No. **xxxxxxxxxxxx7570**  **Bank of America**  **PO Box 15726 Willmington, DE 19886-5726**  **Willmington, DE 19886-5726** | | J | | | **2007**  **Credit Card** | | | | **18,000.00** |
| Account No. **Unknown**  **BCA Inc**  **PO Box 60 Monticello, MN 55362**  **Monticello, MN 55362** | | H | | | **2007**  **Other Bill Dumpster Bill from Ray Anderson And Sons assigned to BCA Inc for collections** | | | | **1,708.00** |
| Account No. **xxxx0453**  **Beaudry Oil**  **630 Proctor Ave**  **Elk River, MN 55330** | | J | | | **2007**  **Other Bill** | | | | **1,074.00** |
| Account No. **xx8703**  **Berquist and Sons**  **8579 Bower Court East**  **Inver Grove Heights, MN 55076** | | J | | | **2008**  **Other Bill Dumpster Bill** | | | | **235.00** |

Sheet no. __1__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **33,017.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeremy Jay Roseth,**
         **Carrie Lea Roseth**                                           Case No. _____

_____,
                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x7831** <br><br> **Biorn Corporation** <br> **PO Box 464 Rockford** <br> **Rockford, MN 55373** | | J | **2007** <br> **Mechanic's Lien Isanti Electric Assigned to Biorn Corporation.  Electrician Bill for 6839 Alpine Trail Eden Prairie, MN & 5912 Vernon Ave S Edina, MN** | | | | 38,000.00 |
| Account No. **xXxxx0009** <br><br> **Blue Cross Blue Shield** <br> **3535 Blue Cross Road Route M103** <br> **Eagan, MN 55122** | | J | **2007** <br> **Medical Bill** | | | | 555.00 |
| Account No. **xSxx50A08** <br><br> **Blue Cross Blue Shield** <br> **3535 Blue Cross Road Route M103** <br> **Eagan, MN 55122** | | J | **2007** <br> **Medical Bill** | | | | 2,627.00 |
| Account No. **xxxx5237** <br><br> **Buffalo Clinic** <br> **11091 Jason Ave NE** <br> **Albertville, MN 55301** | | J | **2008** <br> **Medical Bill** | | | | 6.00 |
| Account No. **xxxxxxxxxxxx2994** <br><br> **Cach Llc** <br> **Attention:  Bankruptcy Department** <br> **4340 South Monaco St.  2nd Floor** <br> **Denver, CO 80237** | | H | **Opened 12/01/07 CollectionAttorney Maryland National Bank N.A.** | | | | 17,467.00 |

Sheet no. __2__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          | 58,655.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeremy Jay Roseth,**
       **Carrie Lea Roseth**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx9418**<br><br>**Calvary Portfolio Services**<br>**Attention: Bankruptcy Department**<br>**Po Box 1017**<br>**Hawthorne, NY 10532** | | J | **Opened 3/01/08**<br>**CollectionAttorney Sprint Pcs** | | | | **338.00** |
| Account No. **xxxxxxx6801**<br><br>**Capital 1 Bank**<br>**Attn: C/O TSYS Debt Management**<br>**Po Box 5155**<br>**Norcross, GA 30091** | | J | **Opened 6/01/05 Last Active 4/20/07**<br>**CreditCard** | | | | **7,165.00** |
| Account No. **xxxxxxxxxxx0640**<br><br>**Capital One Bank**<br>**PO Box 60024**<br>**Industry, CA 91716** | | J | **2006**<br>**Credit Card Credit Card** | | | | **5,800.00** |
| Account No. **xxxxxxxxxxx7750**<br><br>**Capital One Bank**<br>**PO Box 60024 Industry**<br>**Industry, CA 91716** | | J | **2006**<br>**Credit Card** | | | | **220.00** |
| Account No. **xxxxxxxxxxx0110**<br><br>**Capital One Bank**<br>**PO Box 60024 Industry, CA 91716**<br>**Industry, CA 91716** | | J | **2006**<br>**Credit Card Credit Card Assigned to Allied Interstate for collection PO Box 16336 West Palm Beach, Florida** | | | | **1,070.00** |

Sheet no. __3__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**14,593.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jeremy Jay Roseth,**
        **Carrie Lea Roseth**                                                     Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx427-2**<br><br>**Centerpoint Energy**<br>**PO Box 1144**<br>**Minneapolis, MN 55440** | | J | **2007**<br>**Utility Bill Utility Bill for property address 17688 79th Pl N Maple Grove, MN 55311** | | | | 462.00 |
| Account No. **xxxx202-0**<br><br>**Centerpoint Energy**<br>**PO Box 1144**<br>**Minneapolis, MN 55440** | | J | **2007**<br>**Utility Bill Utility bill for property located at 5912 Vernon Ave S Edina, MN 55436** | | | | 3,280.00 |
| Account No. **xxxx573-1**<br><br>**Centerpoint Energy**<br>**PO Box 1144**<br>**Minneapolis, MN 55440** | | J | **2008**<br>**Utility Bill** | | | | 1,400.00 |
| Account No. **xxxx544-5**<br><br>**Centerpoint Energy**<br>**PO Box 1144**<br>**Minneapolis, MN 55440** | | J | **2007**<br>**Utility Bill** | | | | 1,800.00 |
| Account No. **xxxx502-9**<br><br>**Centerpoint Energy**<br>**PO Box 1144 Minneapolis, MN 55440**<br>**Minneapolis, MN 55440** | | J | **2007**<br>**Utility Bill** | | | | 1,052.00 |

Sheet no. __4__ of __21__ sheets attached to Schedule of       Subtotal       7,994.00
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeremy Jay Roseth,**                                          Case No. _____
    **Carrie Lea Roseth**
_____ ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. **xxxx932-1** | | | | **2007** **Utility Bill** | | | | |
| **Centerpoint Energy** **PO Box 1144** **Minneapolis, MN 55440** | | J | | | | | | |
| | | | | | | | | 405.00 |
| Account No. **xxxx845-6** | | | | **2007** **Utility Bill** | | | | |
| **Centerpoint Energy** **PO Box 1144 Minneapolis, MN 55440** **Minneapolis, MN 55440** | | J | | | | | | |
| | | | | | | | | 47.00 |
| Account No. **xxxxxxxx2090** | | | | **Opened 10/01/96  Last Active  4/20/07** **CreditCard** | | | | |
| **Chase - Cc** **Attention:  Banktruptcy Department** **Po Box 15298** **Wilmintgon, DE 19850** | | J | | | | | | |
| | | | | | | | | 7,807.00 |
| Account No. **xxxxx0911** | | | | **2008** **Other Bill** | | | | |
| **ChexSystems** **Trust Dept. 2691** **Los Angeles, CA 90084-2691** | | J | | | | | | |
| | | | | | | | | 24.95 |
| Account No. **xxxx5705** | | | | **2007** **Utility Bill** | | | | |
| **City of Crystal** **4141 Douglas Drive N** **Crystal, MN 55422** | | J | | | | | | |
| | | | | | | | | 630.00 |

Sheet no. __5__ of __21__ sheets attached to Schedule of                    Subtotal                  8,913.95
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeremy Jay Roseth,**
    **Carrie Lea Roseth**                                                Case No. _____

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xx-xxxx-x0-8-03** | | | | | **2007** | | | | |
| **City of Edina** **4801 West 50th St.** **Edina, MN 55424** | | J | | | **Utility Bill Water Bill for 5912 Vernon Ave S Edina, MN 55424** | | | | 505.00 |
| Account No. **xxxxxxxxxx-xxxx6281** | | | | | **2007** | | | | |
| **City of Maple Grove** **PO Box 1180** **Maple Grove, MN 55311** | | J | | | **Utility Bill** | | | | 318.00 |
| Account No. **xx-xxx6.309** | | | | | **2007** | | | | |
| **City of Minneapolis** **250 S. Fourth St. #230** **Minneapolis, MN 55415** | | J | | | **Utility Bill Water Bill** | | | | 125.00 |
| Account No. **xx-xxx0.308** | | | | | **2007** | | | | |
| **City of Minneapolis** **PO Box 15027** **Minneapolis, MN 55415** | | J | | | **Utility Bill** | | | | 4.40 |
| Account No. **xxx80-00** | | | | | **2006** | | | | |
| **City of Otsego** **8899 Nashua Avenue NE** **Otsego, MN 55330** | | J | | | **Utility Bill** | | | | 20.00 |

Sheet no. __6___ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

972.40

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeremy Jay Roseth,**
**Carrie Lea Roseth**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x6719**<br><br>**CMI (Meyers Internet)**<br>**PO Box 28851 Philadelphia, PA 19151**<br>**Philadelphia, PA 19151** | | J | **2007**<br>**Other Bill** | | | | **944.00** |
| Account No. **xxxxxx-xx0736**<br><br>**Connexus Energy**<br>**PO Box 1808**<br>**Minneapolis, MN 55480** | | J | **2006**<br>**Utility Bill** | | | | **236.00** |
| Account No. **x4771**<br><br>**County Materials Corporation**<br>**205 North Street PO Box 100**<br>**Marathon, WI**<br>**Marathon, WI 54448** | | J | **2007**<br>**Mechanic's Lien** | | | | **4,302.00** |
| Account No. **xxxxxx8901**<br><br>**Credit Collection Services (Allstate)**<br>**PO Box 52677**<br>**Phoenix, AZ 85072** | | J | **2007**<br>**Other Bill** | | | | **222.00** |
| Account No. **xxxxxx2187**<br><br>**Credit Collection Services(Liberty Mut.)**<br>**Two Wells Avenue, Dept. 9134**<br>**Newton, MN 02459** | | J | **2007**<br>**Other Bill** | | | | **1,217.00** |

Sheet no. __7__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,921.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeremy Jay Roseth,**
        **Carrie Lea Roseth**
                                                                    Case No. _____

_____,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**CW Houle** <br>**1300 West County Road I** <br>**Shoreview, MN 55126** | | J | **2007** <br>**Mechanic's Lien** | | | | 782,212.00 |
| Account No. **x7159** <br><br>**D.S. Erickson (Culligan Water)** <br>**30 North First Street #400** <br>**Minneapolis, MN 55401** | | J | **2007** <br>**Other Bill** | | | | 409.00 |
| Account No. **x4793** <br><br>**D.S. Erickson (North Clinic)** <br>**30 North First Street #400** <br>**Minneapolis, MN 55401** | | J | **2007** <br>**Medical Bill** | | | | 981.00 |
| Account No. <br><br>**Daves Floor Sanding** <br>**1451 92nd Lane NE** <br>**Blaine, MN 55449** | | J | **2007** <br>**Other Bill** | | | | 1,512.00 |
| Account No. **xxxx2050** <br><br>**Direct TV** <br>**PO Box 78626 Phoenix, AZ 85062-8626** <br>**Phoenix, AZ 85062-8626** | | J | **2008** <br>**Other Bill** | | | | 1,000.00 |

Sheet no. __8__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **786,114.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeremy Jay Roseth,**  Case No. _____
  **Carrie Lea Roseth**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> DJ's Companies Inc <br> 6060 Labeaux Avenu NE Albertville <br> Albertville, MN 55301 | | J | 2006 <br> Mechanic's Lien | | | | 35,000.00 |
| Account No. <br><br> DML Inc Plumbing <br> 8529 Lake Jane Trail N Lake Elmo, MN 550 <br> Lake Elmo, MN 55042 | | J | 2007 <br> Mechanic's Lien | | | | 2,300.00 |
| Account No. <br><br> Donald Willeke (Jaffert Mueller) <br> 201 Ridgewood Avenue <br> Minneapolis, MN 55403 | | J | 2007 <br> Judgment Lien This is Attorney who represents Jaffert Mueller Architects Mechanic Lien against Regal custom Homes, Inc & myself for the preserve of montrose | | | | 20,000.00 |
| Account No. **xxx-xxx-xxx2-179** <br><br> Embarq <br> PO Box 660068 <br> Dallas, TX 75266-0068 | | J | 2008 <br> Utility Bill | | | | 500.00 |
| Account No. **xxxxxxxx1372** <br><br> Emc Mortgage <br> Attention: Bankruptcy Clerk <br> Po Box 293150 <br> Lewisville, TX 75029 | | H | Opened 3/01/04 Last Active 3/01/07 <br> Unsecured | | | | 173,014.00 |

Sheet no. __9__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

230,814.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeremy Jay Roseth,**
         **Carrie Lea Roseth**                                          Case No. _____

_____,
                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Erickson Plumbing**<br>**1471 92nd Lane NE Blaine MN 55449**<br>**Blaine, MN 55449** | | J | **2007**<br>**Mechanic's Lien** | | | | **186.00** |
| Account No. **R-xxxx7811**<br><br>**ERS Solutions (Centerpoint)**<br>**PO Box 9004 Renton Wa 98057**<br>**Renton, WA 98057** | | J | **2007**<br>**Utility Bill** | | | | **3,300.00** |
| Account No. **xx-xxxx148-8**<br><br>**Excel Energy**<br>**PO Box 9477**<br>**Minneapolis, MN 55484** | | J | **2007**<br>**Utility Bill** | | | | **190.00** |
| Account No. **xx-xxxx648-2**<br><br>**Excel Energy**<br>**PO Box 9477**<br>**Minneapolis, MN 55484** | | J | **2007**<br>**Utility Bill** | | | | **286.00** |
| Account No. **xx-xxxx367-2**<br><br>**Excel Energy**<br>**PO Box 9477 Minneapolis, MN 55484**<br>**Minneapolis, MN 55484** | | J | **2007**<br>**Utility Bill** | | | | **186.00** |

Sheet no. __**10**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **4,148.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeremy Jay Roseth,**
         **Carrie Lea Roseth**                                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx960-9** <br><br> **Excel Energy** <br> **PO Box 9477 Minneapolis, MN 55484** <br> **Minneapolis, MN 55484** | | J | **2007** <br> **Utility Bill Electric Bill for home foreclosed** <br> **5912 Vernon Ave S Edina, MN** | | | | 7,500.00 |
| Account No. **xxxxxx648-2** <br><br> **Excel Energy** <br> **PO Box 9477** <br> **Minneapolis, MN 55484** | | J | **2007** <br> **Utility Bill Electric Bill for 6847 Alpine Trail.** <br> **Home was deeded to investor to avoid** <br> **foreclosure** | | | | 329.00 |
| Account No. <br><br> **Financial Network Recovery (Core Logic)** <br> **PO Box 940730** <br> **Simi Valley, CA 93094** | | J | **2007** <br> **Other Bill** | | | | 584.00 |
| Account No. **xxxxxxxxxxxxxxx0000** <br><br> **First Collection Services(Centerpoint)** <br> **10925 Otter Creek E Blvd** <br> **Mabelvale, AR 72103** | | J | **2007** <br> **Other Bill** | | | | 1,800.00 |
| Account No. <br><br> **First Minnesota Bank** <br> **106 E 4th St PO Box 960** <br> **Monticello, MN 55362** | | J | **2008** <br> **Other Bill Overdraft for Land Ventures, LLC** <br> **may have personal Liability** | | | | 100.00 |

Sheet no. __11__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **10,313.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeremy Jay Roseth,**　　　　　　　　　　　　　　　　　　　　Case No. _____
**Carrie Lea Roseth**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx6408** <br><br> **First Premier Bank** <br> **601 S Minnesota Ave** <br> **Sioux Falls, SD 57104** | | J | Opened 1/01/09 Last Active 1/01/09 **CreditCard** | | | | 179.00 |
| Account No. **xxxxxxxxxxxxxxxxxxxxx0000** <br><br> **Ford Credit** <br> **PO Box 6508** <br> **Mesa, AZ 85216** | | J | 2008 **Car Loan Claimed deficiancy after reposession** | | | | 3,400.00 |
| Account No. **xxxx9884** <br><br> **Ford Motor Credit Corporation** <br> **National Bankruptcy Center** <br> **Po Box 537901** <br> **Livonia, MI 48153** | | H | Opened 6/01/03 Last Active 5/09/08 **Automobile** | | | | 3,396.00 |
| Account No. **xx6558** <br><br> **Greenspan & Douglas (Croix Design)** <br> **2921 E. Ft Lowell Rd #113** <br> **Tucson, AZ 85716** | | J | 2006 **Other Bill** | | | | 3,110.00 |
| Account No. <br><br> **Gries & Lenhardt (Final Touch Excavating** <br> **12725 43rd St. NE #201 St. Michael, MN 5** <br> **St. Michael, MN 55376** | | J | 2007 **Mechanic's Lien** | | | | 11,500.00 |

Sheet no. __12__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　21,585.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeremy Jay Roseth,**  Case No. _____
      **Carrie Lea Roseth**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx8525**<br><br>Higgs Fletcher & Mack<br>401 West A. Street #2600 PO Box 120568<br>San Diego, CA 92112 | | J | 2007<br>**Other Bill Legal Fees for Pinnacle Worldwide Investments, LLC may have personal liability** | | | | 1,600.00 |
| Account No. **xx3282**<br><br>Integra<br>1201 NE Loyd Blvd #500 Portland, Or 9723<br>Portland, OR 97232 | | J | 2007<br>**Utility Bill Corporate Phone Bill for Guaranteed Mortgage, Inc.  May have personal guaranty** | | | | 23,000.00 |
| Account No. **xx-xxx0055**<br><br>Joint Powers<br>11100 50th St. NE Albertville, MN 55301<br>Albertville, MN 55301 | | J | 2008<br>**Utility Bill Water Bill for 11220 Lambert Ct Ne Hanover, MN 55341** | | | | 300.00 |
| Account No. **xxxxxx7002**<br><br>Kenneth Schivone (GE Capital)<br>1942 Lexington Ave North Suite 1 Rosevil<br>Roseville, MN 55113 | | J | 2006<br>**Judgment Lien** | | | | 44,000.00 |
| Account No.<br><br>Lafond Appraisals<br>5619 Dunlap Ave Shoreview, MN 55126<br>Shoreview, MN 55126 | | J | 2007<br>**Other Bill** | | | | 4,500.00 |

Sheet no. __**13**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**73,400.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeremy Jay Roseth,**
      **Carrie Lea Roseth**
                                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **FC-x3480** <br><br> **Land America** <br> **2 Concourse Pkwy #400** <br> **Atlanta, GA 30328** | | J | **2007** <br> **Other Bill** | | | | 770.00 |
| Account No. **xxxxxxxxxxxx2200** <br><br> **Landsafe** <br> **PO Box 650530** <br> **Dallas, TX 75265-9407** | | J | **2007** <br> **Other Bill** | | | | 1,029.00 |
| Account No. **xx15-01** <br><br> **Leslie A. Anderson** <br> **3300 Cty Road 10 Suite 510** <br> **Brooklyn Center, MN 55429** | | J | **2007** <br> **Other Bill** | | | | 180.00 |
| Account No. **YS4302** <br><br> **Lofstrom Law Firm (Park Dental)** <br> **PO Box 21123** <br> **Columbia Heights, MN 55421** | | J | **2007** <br> **Medical Bill** | | | | 1,310.00 |
| Account No. **x5819** <br><br> **Lot Surveys** <br> **7601 73rd Ave N Minneapolis, MN 55428** <br> **Minneapolis, MN 55428** | | J | **2007** <br> **Mechanic's Lien** | | | | 815.00 |

Sheet no. __**14**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **4,104.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeremy Jay Roseth,**
      **Carrie Lea Roseth**

Case No. _____

_____,
                                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx6677**<br><br>**Lyman Lumber**<br>**PO Box 130 Chanhassen MN 55317**<br>**Chanhassen, MN 55317** | | J | **2007**<br>**Mechanic's Lien** | | | | **10,000.00** |
| Account No. **968-9**<br><br>**M & D Plumbing**<br>**11050 26th St NE**<br>**St. Michael, MN 55376** | | J | **2007**<br>**Mechanic's Lien** | | | | **30,000.00** |
| Account No. **xx-CV-x6-41 0**<br><br>**Malone & Melander (Tutt Construction)**<br>**2605 Broadway Ave PO Box 256**<br>**Slayton, MN 56127-0256** | | J | **2006**<br>**Judgment Lien** | | | | **360,000.00** |
| Account No. **xxxxxxxxxxx0110**<br><br>**Messerli & Kramer**<br>**3033 Campus Drive #250**<br>**Plymouth, MN 55441** | | J | **2006**<br>**Credit Card Capital One Credit Card assigned to Messerli & Kramer** | | | | **1,470.00** |
| Account No. **xxxx5280**<br><br>**Minneapolis Radiology**<br>**2800 Campus Dr #10**<br>**Plymouth, MN 55441** | | J | **2007**<br>**Medical Bill** | | | | **370.00** |

Sheet no. __**15**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**401,840.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeremy Jay Roseth,**                Case No. _____
              **Carrie Lea Roseth**

_____,
                               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-x6386** <br><br> **Morgan Stone & Assoc. (Waterproofing Inc 1005 Veterans Memorial Blvd #202 Kenner, LA 70062** | | J | **2007** <br> **Mechanic's Lien** | | | | **4,100.00** |
| Account No. **xxxxxxxxxxxx8280** <br><br> **National City Bank PO Box 500 Potage, MI 49081** | | J | **2007** <br> **Credit Card** | | | | **3,100.00** |
| Account No. **xxxxxxx1142** <br><br> **Natl City Credit Card Services Attention:  Bankruptcy Department 6750 Miller Road Brecksville, OH 44141** | | J | **Opened 10/01/96  Last Active  4/20/07** <br> **CreditCard** | | | | **3,605.00** |
| Account No. **xxx8562** <br><br> **NCO Financial Systems (Cenetrpoint) 507 Prudential Road Horsham, PA 19044** | | J | **2006** <br> **Utility Bill** | | | | **1,416.00** |
| Account No. **xx4745** <br><br> **North Clinic 3366 Oakdale Avenue North Robbinsdale, MN 55422** | | J | **2007** <br> **Medical Bill** | | | | **1,000.00** |

Sheet no. __**16**__ of __**21**__ sheets attached to Schedule of               Subtotal          | **13,221.00**
Creditors Holding Unsecured Nonpriority Claims                      (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Jeremy Jay Roseth,**            Case No. _____
       **Carrie Lea Roseth**

_____,
                               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **99GBCR** <br><br> **Ntl Recovery** <br> **14735 Highway 65 N E** <br> **Ham Lake, MN 55304** | | H | **Wright Hennepin Coop Electrica** | | | | 706.00 |
| Account No. **xxx8581** <br><br> **Pinnacle Fin** <br> **7825 Washington Av** <br> **Minneapolis, MN 55439** | | J | **Med1 Park Dental Maple Grove 25** | | | | 200.00 |
| Account No. **x-xxx307-9** <br><br> **Randy's Environmental Services** <br> **PO Box 1058 Delano, MN 55328-1058** <br> **Delano, MN 55328-1058** | | J | **2008** <br> **Utility Bill** | | | | 53.78 |
| Account No. **xxxx3545** <br><br> **Ray Anderson & Sons** <br> **930 Duluth Street St. Paul, MN 55106** <br> **St. Paul, MN 55106** | | J | **2007** <br> **Other Bill** | | | | 3,073.00 |
| Account No. **Mxxxx x0240** <br><br> **Real Estate Book** <br> **4820 Minnetonka Blvd #104** <br> **St. Louis Park, MN 55416** | | J | **2007** <br> **Other Bill** | | | | 800.00 |

Sheet no. __**17**__ of __**21**__ sheets attached to Schedule of           Subtotal            **4,832.78**
Creditors Holding Unsecured Nonpriority Claims           (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Jeremy Jay Roseth,**
         **Carrie Lea Roseth**

Case No. _____

_____,
                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3759** <br><br> **Reliance Recoveries (Childerens Hospital** <br> **6160 Summit Drive Suite 420 Brooklyn Cen** <br> **Brooklyn Center, MN 55430** | | J | **2006** <br> **Medical Bill** | | | | **5,300.00** |
| Account No. <br><br> **Rinke Noonan (Simonson Lumber)** <br> **1015 W. St. Germain Street** <br> **St. Cloud, MN 56302** | | J | **2007** <br> **Judgment Lien** | | | | **210,000.00** |
| Account No. **xx7338** <br><br> **Rose & Arneson (Wright Hennepin Electric** <br> **921 Mainstreet PO Box 5560** <br> **Hopkins, MN 55343** | | J | **2006** <br> **Utility Bill** | | | | **520.00** |
| Account No. **xx-CV-xxxx8508** <br><br> **Smith Paulson Odonnell  (Merit Drywall)** <br> **PO Box 668 201 West Seventh Street Monti** <br> **Monticello, MN 55362** | | J | **2007** <br> **Judgment Lien** | | | | **61,000.00** |
| Account No. **xxxx0015** <br><br> **State of Minnesota (Custom Door Sales)** <br> **350 South 5th Street** <br> **Minneapolis, MN 55415** | | J | **2007** <br> **Judgment Lien** | | | | **4,900.00** |

Sheet no. __18__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**281,720.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jeremy Jay Roseth,**
    **Carrie Lea Roseth**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **C6316** <br><br> **STS Consultants** <br> **PO Box 1238** <br> **Bedford Park, IL 60499** | | J | | **2007** <br> **Mechanic's Lien** | | | | 2,600.00 |
| Account No. <br><br> **Superior Painting** <br> **9031 Victoria Gardens** <br> **Brooklyn Park, MN 55428** | | J | | **2007** <br> **Other Bill** | | | | 17,000.00 |
| Account No. **x2007** <br><br> **Svoboda** <br> **2477 Shadywood Road** <br> **Excelsior, MN 55311** | | J | | **2006** <br> **Other Bill** | | | | 337.00 |
| Account No. **xxx2809** <br><br> **Talx** <br> **4076 Paysphere Circle, IL 60674** <br> **Circle, IL 60674** | | J | | **2006** <br> **Other Bill** | | | | 38.00 |
| Account No. **x3807** <br><br> **The Childerens Heart Clinic** <br> **2545 Chicago Ave S #106 Minneapolis, MN** <br> **Minneapolis, MN 55404** | | J | | **2006** <br> **Medical Bill** | | | | 8,000.00 |

Sheet no. __**19**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,975.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeremy Jay Roseth,**
    **Carrie Lea Roseth**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx-xxxxxx7472**<br><br>**Transword Systems (Cartier Lighting)**<br>**1611 West County Road B #306**<br>**St. Paul, MN 55113** | | J | 2007<br>Other Bill | | | | 2,700.00 |
| Account No. **xxxxx-xxxxxx1770**<br><br>**Transword Systems (Conway Deuth?)**<br>**1611 West County Road B #306**<br>**St. Paul, MN 55113** | | J | 2007<br>Other Bill | | | | 489.00 |
| Account No.<br><br>**United Guaranty**<br>**230 N. Elm Street/27401 PO Box 21367**<br>**Grrensboro, NC 27420** | | J | 2007<br>Other Bill | | | | 1,310.00 |
| Account No. **Cx0939**<br><br>**Viking Collection Services(National City**<br>**PO Box 59207**<br>**Minneapolis, MN 55459** | | J | 2007<br>Credit Card | | | | 3,610.00 |
| Account No. **xxx-xxxxxxx-x282-3**<br><br>**Waste Management**<br>**12448 Pennsylvania Ave S**<br>**Savage, MN 55378** | | J | 2007<br>Utility Bill | | | | 123.00 |

Sheet no. __20__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,232.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jeremy Jay Roseth,**
         **Carrie Lea Roseth**                                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x4719**<br><br>**Wells Schluter Hanson**<br>**7300 France Ave South #215**<br>**Edina, MN 55435** | | J | 2007<br>**Other Bill** | | | | 217.00 |
| Account No.<br><br>**Wells Schluter Hanson**<br>**7300 France Ave South #215**<br>**Edina, MN 55435** | | J | 2007<br>**Other Bill** | | | | 1,256.00 |
| Account No. **xxxx1248**<br><br>**West Asset Management**<br>**PO Box 2348 Sherman, TX 75091**<br>**Sherman, TX 75091** | | J | 2007<br>**Other Bill** | | | | 1,691.00 |
| Account No. **xxxxxxx4561**<br><br>**Wright Hennepin Electric**<br>**PO Box 77027 Minneapolis, MN 55480**<br>**Minneapolis, MN 55480** | | J | 2007<br>**Utility Bill** | | | | 335.00 |
| Account No. **xxx9116**<br><br>**Wright Way Shopoper**<br>**PO Box 5034**<br>**Sioux Falls, SD 57117-5034** | | J | 2006<br>**Other Bill** | | | | 55.75 |

Sheet no. __21__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | 3,554.75 |
| Total<br>(Report on Summary of Schedules) | | 2,014,957.88 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re     **Jeremy Jay Roseth,**                                                                Case No. _____
          **Carrie Lea Roseth**
_____,
                                    Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re **Jeremy Jay Roseth,**  
     **Carrie Lea Roseth**

Case No. _____

_____,  
Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**  
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6I (Official Form 6I) (12/07)

In re    **Jeremy Jay Roseth**
         **Carrie Lea Roseth**                                          Case No. _____
                                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):  **Daughter**  **Daughter** | AGE(S):  **3**  **7 Months** |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | **Receptionist** |
| Name of Employer | | **Re / Max Associates Plus** |
| How long employed | | **1** |
| Address of Employer | | **3351 Round Lake Blvd**  **Anoka, MN 55303** |

INCOME:  (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | 0.00 | $ | 617.50 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 617.50 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a.  Payroll taxes and social security | $ | 0.00 | $ | 49.88 |
|    b.  Insurance | $ | 0.00 | $ | 0.00 |
|    c.  Union dues | $ | 0.00 | $ | 0.00 |
|    d.  Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 49.88 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 567.62 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 0.00 | $ | 567.62 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 567.62 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  **Jeremy Jay Roseth
Carrie Lea Roseth** _____     Case No. _____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 250.00 |
| a. Are real estate taxes included? | Yes ___  No **X** | | |
| b. Is property insurance included? | Yes ___  No **X** | | |
| 2. Utilities: | a. Electricity and heating fuel | $ | 0.00 |
| | b. Water and sewer | $ | 0.00 |
| | c. Telephone | $ | 40.00 |
| | d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 0.00 |
| 4. Food | | $ | 100.00 |
| 5. Clothing | | $ | 0.00 |
| 6. Laundry and dry cleaning | | $ | 0.00 |
| 7. Medical and dental expenses | | $ | 0.00 |
| 8. Transportation (not including car payments) | | $ | 45.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 0.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| | a. Homeowner's or renter's | $ | 0.00 |
| | b. Life | $ | 0.00 |
| | c. Health | $ | 0.00 |
| | d. Auto | $ | 77.00 |
| | e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) _____ | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| | a. Auto | $ | 0.00 |
| | b. Other _____ | $ | 0.00 |
| | c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other _____ | | $ | 0.00 |
| Other _____ | | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | 512.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ | 567.62 |
| b. | Average monthly expenses from Line 18 above | $ | 512.00 |
| c. | Monthly net income (a. minus b.) | $ | 55.62 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### District of Minnesota

In re  **Jeremy Jay Roseth**
    **Carrie Lea Roseth** _____

                                                  Debtor(s)

Case No. _____

Chapter   **7** _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
____**38**____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **February 19, 2009** _____

                       Signature    **/s/ Jeremy Jay Roseth** _____
                                     **Jeremy Jay Roseth**
                                     Debtor

Date  **February 19, 2009** _____

                       Signature    **/s/ Carrie Lea Roseth** _____
                                       **Carrie Lea Roseth**
                                     Joint Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## District of Minnesota

In re    **Jeremy Jay Roseth**
         **Carrie Lea Roseth**                                          Case No.
_____          _____
                                    Debtor(s)             Chapter        **7**    _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$565.00** | **2009 Gross Income YTD for Business is $0.00 Gross Income for Employment YTD is for Carrie is Approximately $565.00** |
| **$4,430.39** | **Gross Income in 2008 For Business is $0.00 Gross Income from Employment for Carrie is $4,430.39.** |
| **$0.00** | **2007 -  Gross Income for Employment YTD is for Carrie is Approximately $565.00. Gross Income for Business in 2007 is $(-163,261).  Gross income for 2007 from Employment for Carrie is $6,037** |

2

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                              SOURCE

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None  ☐  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12
or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **American Home Mortgage Services**<br>**4600 Regent Blvd Irving**<br>**Irving, TX 75063** | 03/01/07 | Home Located at 5912 Vernon Ave S Edina, MN 55436  $2,000,000 |
| **Ford Motor Credit Corporation**<br>**PO Box 537901 Livonia**<br>**Livonia, MI 48153** | 05/09/2008 | 2003 Ford F-150 $9,000 |
| **Real Time Solutions (SPS Mortgage)**<br>**PO Box 35888**<br>**Dallas, TX 75235** | 03/01/2007 | Home Located at 17688 79th Place North Maple Grove, MN 55311 $350,000 |

**6.  Assignments and receiverships**

None  ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of
this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a
joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None  ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7.  Gifts**

None  ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions
aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8.  Losses**

None  ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or
since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

4

### 9. Payments related to debt counseling or bankruptcy

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Butwinick Law Office**<br>**1595 Bohland Avenue**<br>**55116** | | **$1,200.00** |
| **Allen Credit Counseling** | | **$75** |

### 10. Other transfers

None ☐   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Unknown** | **9/08 to 12/08** | **Snowmobile - $2500**<br>**Garage Sale / Cragislist (Furniture, jewelery, household goods) - $3000** |

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

5

### 13.  Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.  Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15.  Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None
☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**Carrie Roseth**
**03/21/1998**

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

   "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

   "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Guaranteed Mortgage of Minnesota, Inc** | 41-2002604 | **11220 Lambert Ct NE Hanover, MN 55341** | **Mortgage Broker** | **Dec. 2000 to July 2007** |
| **Regal Custom Homes, Inc** | 20-2774177 | **11220 Lambert Ct. NE Hanover, MN 55341** | **Construction** | **March 2005 - July 2007** |

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ■   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None ■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

7

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                      ADDRESS

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                           DATE ISSUED

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

8

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                  TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                          TAXPAYER IDENTIFICATION NUMBER (EIN)


## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **February 19, 2009**                 Signature    **/s/ Jeremy Jay Roseth**
                                                     **Jeremy Jay Roseth**
                                                     Debtor

Date   **February 19, 2009**                 Signature    **/s/ Carrie Lea Roseth**
                                                       **Carrie Lea Roseth**
                                                     Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

4. Suits and administrative proceedings, executions, garnishments, and attachments

| Caption Of Suit / Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| Firm File # 00042731 DS Erickson | Demand for Judgment $163.05 Partners In Pediatrics | State of MN 10th Judicial District | Summons and Complaint Jan. 16th 2009 |
| Court File No 51-CV-06-41-0 / Civil | Default Judgment Tutt Construction $332,874.33 | State of MN 5th Judicial District | Default Judgment |
| Court File No 51-CV-07-369 / Civil | Default Judgment Tutt Construction $355,503.75 | State of MN 5th Judicial District | Default Judgment |
| Court File No 86-CV-08-4984 | Foreclosure / Breach of Contract Lakeland Construction Finance $6,630,000 | State of MN 10th Judicial District | Judgment |
| NSC/08-69625 | Summons Judgment $5,718.25 + $645.32 Capital One Bank | State of MN 10th Judicial District | Judgment |
| Firm File 607338-16 The Rose Law Firm | Default Judgment $519.00 W/H Electric | State of MN 10th Judicial District | Judgment |
| Firm File YS4302 Lofstrom Law Firm | Summons for Default Judgment $1,309.52 Park Dental Edina | State of MN 10th Judicial District | Judgment |
| Court File No 27 CV 07- | Judgment $26,463 | State of MN 4th | Judgment |

| 25780 | M&D Plumbing | Judicial District | |
|---|---|---|---|
| Case No 27-CV-06-18508 Mechanics Lien Foreclosure | Judgment $32,035.44 Imperial Developers | State of MN 4th Judicial District | Judgment |
| Case No 080320015/Conciliation Court | Judgment $4,716.87 Custom Door Sales | State of MN 4th Judicial District | Judgment |
| Case No 27-CV-06-18508 Civil Mechanics Lien Foreclosure / Judgment | Judgment $60,847.76 Merit Drywall | State of MN 4th Judicial District | Judgment |
| Summons and Complaint / Contract | Judgment $11,181.74 | State of MN 10th Judicial District | Judgment |
| Rinke Noonan Simonson Lumber | Judgment $210,000 | State of MN 4th Judicial District | Judgment |

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Minnesota

In re    **Jeremy Jay Roseth**
**Carrie Lea Roseth**                             Case No. _____

                                   Debtor(s)      Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**American Home Mtg Srv** | **Describe Property Securing Debt:**<br>**Other: Home that I built was foreclosed**<br>**Location: 5912 Vernon Ave S Edina, MN 55436** |

Property will be (check one):
    ■ Surrendered                      ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Harris N.a.** | **Describe Property Securing Debt:**<br>**Auto: 2004 Jeep Liberty 45,000+ miles good condition**<br>**Location: 11220 Lambert Ct NE, Hanover MN** |

Property will be (check one):
    ☐ Surrendered                      ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt                    ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                    Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**M & I Bank** | **Describe Property Securing Debt:**<br>Other: Office Building.  Have not heard on this foreclosure<br>was done as an SBA loan through M & I Bank<br>Location: 5501 Bass Lake Rd Crystal, MN |

Property will be (check one):
- ■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Real Time Resolutions** | **Describe Property Securing Debt:**<br>Residence: Primary residence was foreclosed<br>Location: 17688 79th Pl N Maple Grove, MN 55311 |

Property will be (check one):
- ■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt                    ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11<br>U.S.C. § 365(p)(2):<br>□  YES        □  NO |

B8 (Form 8) (12/08)                                                                                      Page 3

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **February 19, 2009**                    Signature  **/s/ Jeremy Jay Roseth**
                                                          **Jeremy Jay Roseth**
                                                          Debtor

Date  **February 19, 2009**                    Signature  **/s/ Carrie Lea Roseth**
                                                          **Carrie Lea Roseth**
                                                          Joint Debtor

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

**Form 1007-1 - Statement Of Compensation By Debtor's Attorney**

# United States Bankruptcy Court
### District of Minnesota

In re    **Jeremy Jay Roseth**
      **Carrie Lea Roseth**                         Case No.

                                 Debtor(s)          Chapter    **7**

## STATEMENT OF COMPENSATION BY ATTORNEY FOR DEBTOR(S)

The undersigned, pursuant to Local Rule 1007-1, Bankruptcy Rule 2016(b) and § 329(a) of the Bankruptcy Code, states that:

1.    The undersigned is the attorney for the debtor(s) in this case and files this statement as required by applicable rules.

2.    (a)    The filing fee paid by the undersigned to the clerk for the debtor(s) in this case is:    $      **299.00**

       (b)    The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:    $      **1,200.00**

       (c)    Prior to filing this statement, the debtor(s) paid to the undersigned:    $      **1,200.00**

       (d)    The unpaid balance due and payable by the debtor(s) to the undersigned is:    $      **0.00**

3.    The services rendered or to be rendered include the following:
       (a) analysis of the financial situation and rendering advice and assistance to the debtor in determining whether to file a petition under Title 11 of the United States Code;
       (b) preparation and filing of the petition, exhibits, attachments, schedules, statements and lists and other documents required by the court;
       (c) representation of the debtor(s) at the meeting of creditors;
       (d) other services reasonably necessary to represent the debtor(s) in this case.

4.    The source of all payments by the debtor(s) to the undersigned was or will be from earnings or other current compensation of the debtor(s), and the undersigned has not received and will not receive any transfer of property other than such payments by the debtor(s), except as follows:

5.    The undersigned has not shared or agreed to share with any other person other than with members of undersigned's law firm any compensation paid or to be paid.

Dated:    **February 19, 2009**                Signed:    **/s/ Jeffrey H. Butwinick**
                                              **Jeffrey H. Butwinick 0342208**
                                              Attorney for Debtor(s)
                                              **Butwinick Law Office**
                                              **1595 Bohland Avenue**
                                              **651-210-5055  Fax: 651-204-6775**

LOCAL RULE REFERENCE: 1007-1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)
1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)
1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

B 201 (12/08)

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| Jeffrey H. Butwinick 0342208 | X **/s/ Jeffrey H. Butwinick** | **February 19, 2009** |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**1595 Bohland Avenue
651-210-5055
jeff@butwinicklaw.com**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| **Jeremy Jay Roseth**
**Carrie Lea Roseth** | X **/s/ Jeremy Jay Roseth** | **February 19, 2009** |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) _____ | X **/s/ Carrie Lea Roseth** | **February 19, 2009** |
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
## District of Minnesota

In re   **Jeremy Jay Roseth**
**Carrie Lea Roseth**

Debtor(s)

Case No.

Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **February 19, 2009**       **/s/ Jeremy Jay Roseth**
                                           **Jeremy Jay Roseth**
                                           Signature of Debtor

Date:  **February 19, 2009**       **/s/ Carrie Lea Roseth**
                                             **Carrie Lea Roseth**
                                           Signature of Debtor

ABC
18800 WEST 78TH STREET PO BOX 0950
CHANHASSEN MN 55317


ABC
352 3RD ST EXCELSIOR, MN 55331
EXCELSIOR MN 55331


ALLEGRA
8455 XERXES AVENUE NORTH
BROOKLYN PARK MN 55444


AMERICAN ACCOUNTS ADVISERS(PARTNERS / CL
3904 CEDARVALE DRIVE
EAGAN MN 55122


AMERICAN HOME MTG SRV
ATTN: BANKRUPTCY
4600 REGENT BLVD
IRVING TX 75063


BABCOCK NEILSON MANNELLA KLINT
118 EAST MAIN STREET
ANOKA MN 55303


BANK OF AMERICA
PO BOX 15726 WILLMINGTON, DE 19886-5726
WILLMINGTON DE 19886-5726


BCA INC
PO BOX 60 MONTICELLO, MN 55362
MONTICELLO MN 55362


BEAUDRY OIL
630 PROCTOR AVE
ELK RIVER MN 55330

BERQUIST AND SONS
8579 BOWER COURT EAST
INVER GROVE HEIGHTS MN 55076


BIORN CORPORATION
PO BOX 464 ROCKFORD
ROCKFORD MN 55373


BLUE CROSS BLUE SHIELD
3535 BLUE CROSS ROAD ROUTE M103
EAGAN MN 55122


BLUE CROSS BLUE SHIELD
3535 BLUE CROSS ROAD ROUTE M103
EAGAN MN 55122


BUFFALO CLINIC
11091 JASON AVE NE
ALBERTVILLE MN 55301


CACH LLC
ATTENTION: BANKRUPTCY DEPARTMENT
4340 SOUTH MONACO ST. 2ND FLOOR
DENVER CO 80237


CALVARY PORTFOLIO SERVICES
ATTENTION: BANKRUPTCY DEPARTMENT
PO BOX 1017
HAWTHORNE NY 10532


CAPITAL 1 BANK
ATTN: C/O TSYS DEBT MANAGEMENT
PO BOX 5155
NORCROSS GA 30091


CAPITAL ONE BANK
PO BOX 60024
INDUSTRY CA 91716

CAPITAL ONE BANK
PO BOX 60024 INDUSTRY
INDUSTRY CA 91716


CAPITAL ONE BANK
PO BOX 60024 INDUSTRY, CA 91716
INDUSTRY CA 91716


CENTERPOINT ENERGY
PO BOX 1144
MINNEAPOLIS MN 55440


CENTERPOINT ENERGY
PO BOX 1144
MINNEAPOLIS MN 55440


CENTERPOINT ENERGY
PO BOX 1144
MINNEAPOLIS MN 55440


CENTERPOINT ENERGY
PO BOX 1144
MINNEAPOLIS MN 55440


CENTERPOINT ENERGY
PO BOX 1144 MINNEAPOLIS, MN 55440
MINNEAPOLIS MN 55440


CENTERPOINT ENERGY
PO BOX 1144
MINNEAPOLIS MN 55440


CENTERPOINT ENERGY
PO BOX 1144 MINNEAPOLIS, MN 55440
MINNEAPOLIS MN 55440

CHASE - CC
ATTENTION: BANKTRUPTCY DEPARTMENT
PO BOX 15298
WILMINTGON DE 19850


CHEXSYSTEMS
TRUST DEPT. 2691
LOS ANGELES CA 90084-2691


CITY OF CRYSTAL
4141 DOUGLAS DRIVE N
CRYSTAL MN 55422


CITY OF EDINA
4801 WEST 50TH ST.
EDINA MN 55424


CITY OF MAPLE GROVE
PO BOX 1180
MAPLE GROVE MN 55311


CITY OF MINNEAPOLIS
250 S. FOURTH ST. #230
MINNEAPOLIS MN 55415


CITY OF MINNEAPOLIS
PO BOX 15027
MINNEAPOLIS MN 55415


CITY OF OTSEGO
8899 NASHUA AVENUE NE
OTSEGO MN 55330


CMI (MEYERS INTERNET)
PO BOX 28851 PHILADELPHIA, PA 19151
PHILADELPHIA PA 19151

CONNEXUS ENERGY
PO BOX 1808
MINNEAPOLIS MN 55480


COUNTY MATERIALS CORPORATION
205 NORTH STREET PO BOX 100 MARATHON, WI
MARATHON WI 54448


CREDIT COLLECTION SERVICES (ALLSTATE)
PO BOX 52677
PHOENIX AZ 85072


CREDIT COLLECTION SERVICES(LIBERTY MUT.)
TWO WELLS AVENUE, DEPT. 9134
NEWTON MN 02459


CW HOULE
1300 WEST COUNTY ROAD I
SHOREVIEW MN 55126


D.S. ERICKSON (CULLIGAN WATER)
30 NORTH FIRST STREET #400
MINNEAPOLIS MN 55401


D.S. ERICKSON (NORTH CLINIC)
30 NORTH FIRST STREET #400
MINNEAPOLIS MN 55401


DAVES FLOOR SANDING
1451 92ND LANE NE
BLAINE MN 55449


DIRECT TV
PO BOX 78626 PHOENIX, AZ 85062-8626
PHOENIX AZ 85062-8626

DJ'S COMPANIES INC
6060 LABEAUX AVENU NE ALBERTVILLE
ALBERTVILLE MN 55301


DML INC PLUMBING
8529 LAKE JANE TRAIL N LAKE ELMO, MN 550
LAKE ELMO MN 55042


DONALD WILLEKE (JAFFERT MUELLER)
201 RIDGEWOOD AVENUE
MINNEAPOLIS MN 55403


EMBARQ
PO BOX 660068
DALLAS TX 75266-0068


EMC MORTGAGE
ATTENTION: BANKRUPTCY CLERK
PO BOX 293150
LEWISVILLE TX 75029


ERICKSON PLUMBING
1471 92ND LANE NE BLAINE MN 55449
BLAINE MN 55449


ERS SOLUTIONS (CENTERPOINT)
PO BOX 9004 RENTON WA 98057
RENTON WA 98057


EXCEL ENERGY
PO BOX 9477
MINNEAPOLIS MN 55484


EXCEL ENERGY
PO BOX 9477
MINNEAPOLIS MN 55484

EXCEL ENERGY
PO BOX 9477 MINNEAPOLIS, MN 55484
MINNEAPOLIS MN 55484


EXCEL ENERGY
PO BOX 9477 MINNEAPOLIS, MN 55484
MINNEAPOLIS MN 55484


EXCEL ENERGY
PO BOX 9477
MINNEAPOLIS MN 55484


FINANCIAL NETWORK RECOVERY (CORE LOGIC)
PO BOX 940730
SIMI VALLEY CA 93094


FIRST COLLECTION SERVICES(CENTERPOINT)
10925 OTTER CREEK E BLVD
MABELVALE AR 72103


FIRST MINNESOTA BANK
106 E 4TH ST PO BOX 960
MONTICELLO MN 55362


FIRST PREMIER BANK
601 S MINNESOTA AVE
SIOUX FALLS SD 57104


FORD CREDIT
PO BOX 6508
MESA AZ 85216


FORD MOTOR CREDIT CORPORATION
NATIONAL BANKRUPTCY CENTER
PO BOX 537901
LIVONIA MI 48153

GREENSPAN & DOUGLAS (CROIX DESIGN)
2921 E. FT LOWELL RD #113
TUCSON AZ 85716


GRIES & LENHARDT (FINAL TOUCH EXCAVATING
12725 43RD ST. NE #201 ST. MICHAEL, MN 5
ST. MICHAEL MN 55376


HARRIS N.A.
111 W MONROE ST
CHICAGO IL 60690


HENNEPIN COUNTY TREASURER
A600 GOVERNMENT CENTER
MINNEAPOLIS MN 55487


HIGGS FLETCHER & MACK
401 WEST A. STREET #2600 PO BOX 120568
SAN DIEGO CA 92112


INTEGRA
1201 NE LOYD BLVD #500 PORTLAND, OR 9723
PORTLAND OR 97232


IRS
PO BOX 9941 STOP 5300
OGDEN UT 84409


JOINT POWERS
11100 50TH ST. NE ALBERTVILLE, MN 55301
ALBERTVILLE MN 55301


KENNETH SCHIVONE (GE CAPITAL)
1942 LEXINGTON AVE NORTH SUITE 1 ROSEVIL
ROSEVILLE MN 55113

LAFOND APPRAISALS
5619 DUNLAP AVE SHOREVIEW, MN 55126
SHOREVIEW MN 55126


LAKELAND CONSTRUCTION FINANCE
7830 MAIN STREET #210
MAPLE GROVE MN 55369


LAND AMERICA
2 CONCOURSE PKWY #400
ATLANTA GA 30328


LANDSAFE
PO BOX 650530
DALLAS TX 75265-9407


LESLIE A. ANDERSON
3300 CTY ROAD 10 SUITE 510
BROOKLYN CENTER MN 55429


LOFSTROM LAW FIRM (PARK DENTAL)
PO BOX 21123
COLUMBIA HEIGHTS MN 55421


LOT SURVEYS
7601 73RD AVE N MINNEAPOLIS, MN 55428
MINNEAPOLIS MN 55428


LTD FINANCIAL SERVICES (EMC MORTGAGE)
7322 SOUTHWEST FREEWAY #1600
HOUSTON TX 77074


LYMAN LUMBER
PO BOX 130 CHANHASSEN MN 55317
CHANHASSEN MN 55317

M & D PLUMBING
11050 26TH ST NE
ST. MICHAEL MN 55376


M & I BANK
11915 ELM CREEK BLVD
MAPLE GROVE MN 55369


MALONE & MELANDER (TUTT CONSTRUCTION)
2605 BROADWAY AVE PO BOX 256
SLAYTON MN 56127-0256


MESSERLI & KRAMER
3033 CAMPUS DRIVE #250
PLYMOUTH MN 55441


MINNEAPOLIS RADIOLOGY
2800 CAMPUS DR #10
PLYMOUTH MN 55441


MINNESOTA REVENUE
PO BOX 64651
ST. PAUL MN 55164


MORGAN STONE & ASSOC. (WATERPROOFING INC
1005 VETERANS MEMORIAL BLVD #202
KENNER LA 70062


NATIONAL CITY BANK
PO BOX 500
POTAGE MI 49081


NATL CITY CREDIT CARD SERVICES
ATTENTION: BANKRUPTCY DEPARTMENT
6750 MILLER ROAD
BRECKSVILLE OH 44141

NCO FINANCIAL SYSTEMS (CENETRPOINT)
507 PRUDENTIAL ROAD
HORSHAM PA 19044


NORTH CLINIC
3366 OAKDALE AVENUE NORTH
ROBBINSDALE MN 55422


NTL RECOVERY
14735 HIGHWAY 65 N E
HAM LAKE MN 55304


PINNACLE FIN
7825 WASHINGTON AV
MINNEAPOLIS MN 55439


PRIME SECURITY BANK
1305 VIERLING DRIVE
SHAKOPEE MN 55379


RANDY'S ENVIRONMENTAL SERVICES
PO BOX 1058 DELANO, MN 55328-1058
DELANO MN 55328-1058


RAY ANDERSON & SONS
930 DULUTH STREET ST. PAUL, MN 55106
ST. PAUL MN 55106


REAL ESTATE BOOK
4820 MINNETONKA BLVD #104
ST. LOUIS PARK MN 55416


REAL TIME RESOLUTIONS
1750 REGAL ROW
DALLAS TX 75235

```
RELIANCE RECOVERIES (CHILDERENS HOSPITAL
6160 SUMMIT DRIVE SUITE 420 BROOKLYN CEN
BROOKLYN CENTER MN 55430


RINKE NOONAN (SIMONSON LUMBER)
1015 W. ST. GERMAIN STREET
ST. CLOUD MN 56302


ROSE & ARNESON (WRIGHT HENNEPIN ELECTRIC
921 MAINSTREET PO BOX 5560
HOPKINS MN 55343


SMITH PAULSON ODONNELL  (MERIT DRYWALL)
PO BOX 668 201 WEST SEVENTH STREET MONTI
MONTICELLO MN 55362


STATE OF MINNESOTA (CUSTOM DOOR SALES)
350 SOUTH 5TH STREET
MINNEAPOLIS MN 55415


STS CONSULTANTS
PO BOX 1238
BEDFORD PARK IL 60499


SUPERIOR PAINTING
9031 VICTORIA GARDENS
BROOKLYN PARK MN 55428


SVOBODA
2477 SHADYWOOD ROAD
EXCELSIOR MN 55311


TALX
4076 PAYSPHERE CIRCLE, IL 60674
CIRCLE IL 60674
```

THE CHILDERENS HEART CLINIC
2545 CHICAGO AVE S #106 MINNEAPOLIS, MN
MINNEAPOLIS MN 55404


TRANSWORD SYSTEMS (CARTIER LIGHTING)
1611 WEST COUNTY ROAD B #306
ST. PAUL MN 55113


TRANSWORD SYSTEMS (CONWAY DEUTH?)
1611 WEST COUNTY ROAD B #306
ST. PAUL MN 55113


UI MINNESOTA
PO BOX 64621
ST. PAUL MN 55164


UI MINNESOTA
PO BOX 64621
ST. PAUL MN 55164


UNITED GUARANTY
230 N. ELM STREET/27401 PO BOX 21367
GRRENSBORO NC 27420


VIKING COLLECTION SERVICES(NATIONAL CITY
PO BOX 59207
MINNEAPOLIS MN 55459


WASTE MANAGEMENT
12448 PENNSYLVANIA AVE S
SAVAGE MN 55378


WELLS SCHLUTER HANSON
7300 FRANCE AVE SOUTH #215
EDINA MN 55435

WELLS SCHLUTER HANSON
7300 FRANCE AVE SOUTH #215
EDINA MN 55435


WEST ASSET MANAGEMENT
PO BOX 2348 SHERMAN, TX 75091
SHERMAN TX 75091


WRIGHT HENNEPIN ELECTRIC
PO BOX 77027 MINNEAPOLIS, MN 55480
MINNEAPOLIS MN 55480


WRIGHT WAY SHOPOPER
PO BOX 5034
SIOUX FALLS SD 57117-5034

B22A (Official Form 22A) (Chapter 7) (12/08)

| | |
|---|---|
| In re | **Jeremy Jay Roseth**<br>**Carrie Lea Roseth** |
| | Debtor(s) |
| Case Number: | |
| | (If known) |

According to the information required to be entered on this statement
(check one box as directed in Part I, III, or VI of this statement):

☐ **The presumption arises.**

■ **The presumption does not arise.**

☐ **The presumption is temporarily inapplicable.**

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
# AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly.  Unless the exclusion in Line 1C applies, joint debtors may complete a single statement.  If the exclusion in Line 1C applies, each joint filer must complete a separate statement.

| | Part I. MILITARY AND NON-CONSUMER DEBTORS |
|---|---|
| 1A | **Disabled Veterans.**  If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.**  If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.**  Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which  your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends**.<br><br>☐ **Declaration of Reservists and National Guard Members.**  By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>        a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>                ☐ I remain on active duty /or/<br>                ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>            OR<br><br>        b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>                ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

| | Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ■ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |

| | | Column A<br>Debtor's<br>Income | Column B<br>Spouse's<br>Income |
|---|---|---|---|
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ 0.00 | $ 590.00 |

| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | | | |
|---|---|---|---|---|

| | | Debtor | Spouse | | |
|---|---|---|---|---|---|
| a. | Gross receipts | $ 0.00 | $ 0.00 | | |
| b. | Ordinary and necessary business expenses | $ 0.00 | $ 0.00 | | |
| c. | Business income | Subtract Line b from Line a | | $ 0.00 | $ 0.00 |

| 5 | **Rents and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | | | |
|---|---|---|---|---|---|
| | | Debtor | Spouse | | |
| a. | Gross receipts | $ 0.00 | $ 0.00 | | |
| b. | Ordinary and necessary operating expenses | $ 0.00 | $ 0.00 | | |
| c. | Rent and other real property income | Subtract Line b from Line a | | $ 0.00 | $ 0.00 |

| 6 | **Interest, dividends, and royalties.** | $ 0.00 | $ 0.00 |
|---|---|---|---|
| 7 | **Pension and retirement income.** | $ 0.00 | $ 0.00 |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $ 0.00 | $ 0.00 |

| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act   Debtor $ 0.00   Spouse $ 0.00 | $ 0.00 | $ 0.00 |
|---|---|---|---|

| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | | | |
|---|---|---|---|---|---|
| | | Debtor | Spouse | | |
| a. | | $ | $ | | |
| b. | | $ | $ | | |
| | Total and enter on Line 10 | | | $ 0.00 | $ 0.00 |

| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $ 0.00 | $ 590.00 |
|---|---|---|---|

B22A (Official Form 22A) (Chapter 7) (12/08)                                                                   3

| 12 | Total Current Monthly Income for § 707(b)(7). If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $ 590.00 |

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | Annualized Current Monthly Income for § 707(b)(7). Multiply the amount from Line 12 by the number 12 and enter the result. | $ 7,080.00 |
| 14 | Applicable median family income. Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br><br>a. Enter debtor's state of residence:  **MN**    b. Enter debtor's household size:  **4** | $ 84,394.00 |
| 15 | Application of Section 707(b)(7). Check the applicable box and proceed as directed.<br><br>■ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.<br><br>□ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. |

**Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)**

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | Enter the amount from Line 12. | $ |
| 17 | Marital adjustment. If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero.<br><br>a.   $<br>b.   $<br>c.   $<br>d.   $<br>Total and enter on Line 17 | $ |
| 18 | Current monthly income for § 707(b)(2). Subtract Line 17 from Line 16 and enter the result. | $ |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | National Standards: food, clothing and other items. Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 19B | National Standards: health care. Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | |

| Household members under 65 years of age | | Household members 65 years of age or older | |
|---|---|---|---|
| a1. | Allowance per member | a2. | Allowance per member |
| b1. | Number of members | b2. | Number of members |
| c1. | Subtotal | c2. | Subtotal |

(Line 19B amount: $ )

| 20A | Local Standards: housing and utilities; non-mortgage expenses. Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

B22A (Official Form 22A) (Chapter 7) (12/08)                                                                                4

| 20B | **Local Standards: housing and utilities; mortgage/rent expense.**  Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B.  **Do not enter an amount less than zero.** | |
| | | |

| | a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ |
|---|---|---|---|
| | b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ |
| | c. | Net mortgage/rental expense | Subtract Line b from Line a. | $ |

| 21 | **Local Standards: housing and utilities; adjustment.**  If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |

| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☐ 0   ☐ 1   ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| 22B | **Local Standards: transportation; additional public transportation expense.**  If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for you public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1   ☐ 2 or more.<br><br>Enter, in Line a below,  the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | |

| | a. | IRS Transportation Standards, Ownership Costs | $ |
|---|---|---|---|
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $ |

| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.**  Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | |

| | a. | IRS Transportation Standards, Ownership Costs | $ |
|---|---|---|---|
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | $ |

| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |

B22A (Official Form 22A) (Chapter 7) (12/08)                                                                                      5

| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
|---|---|---|
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service - to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

<table>
<tr><td colspan="3" align="center">**Subpart B: Additional Living Expense Deductions**<br><br>**Note: Do not include any expenses that you have listed in Lines 19-32**</td></tr>
</table>

| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. |  |
|---|---|---|
|  | <table><tr><td>a.</td><td>Health Insurance</td><td>$</td></tr><tr><td>b.</td><td>Disability Insurance</td><td>$</td></tr><tr><td>c.</td><td>Health Savings Account</td><td>$</td></tr></table> | $ |
|  | Total and enter on Line 34.<br><br>**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:<br><br>$_____ |  |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified in IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |

B22A (Official Form 22A) (Chapter 7) (12/08)                                                                 6

| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

### Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, and state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | $ |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐yes ☐no |
| | | | Total: Add Lines | |

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or that of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | $ |

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| | | | Total: Add Lines |

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense.  a. Projected average monthly Chapter 13 plan payment. $  b. Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) x  c. Average monthly administrative expense of Chapter 13 case  Total: Multiply Lines a and b | $ |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |

### Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |

## Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18** (Current monthly income for § 707(b)(2)) | $ |
| 49 | **Enter the amount from Line 47** (Total of all deductions allowed under § 707(b)(2)) | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |

B22A (Official Form 22A) (Chapter 7) (12/08)                                                                 7

| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than $6,575.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $10,950** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $6,575, but not more than $10,950.** Complete the remainder of Part VI (Lines 53 through 55). |
|---|---|

| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
|---|---|---|
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |

| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |
|---|---|

### Part VII. ADDITIONAL EXPENSE CLAIMS

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |
|---|---|

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| | Total: Add Lines a, b, c, and d | $ |

### Part VIII. VERIFICATION

| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)* |
|---|---|

Date:   **February 19, 2009**          Signature:   **/s/ Jeremy Jay Roseth**
                                                    **Jeremy Jay Roseth**
                                                         *(Debtor)*

Date:   **February 19, 2009**          Signature   **/s/ Carrie Lea Roseth**
                                                    **Carrie Lea Roseth**
                                                         *(Joint Debtor, if any)*

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy